IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ALFONSO CORONA,<br><br>Petitioner,<br><br>v.<br><br>On HABEAS CORPUS,<br><br>Respondent. | No. C 15-02520 HRL (PR)<br><br>**ORDER OF TRANSFER** |

    Petitioner, a state prisoner at the Sierra Conservation Center in Jamestown, CA has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993) (citing Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968)). The petition indicates that Petitioner was convicted in Norwalk County, (Docket No. 5 at 1), which lies within the venue of the Western Division of the Central District of California. See 28 U.S.C. 84(c)(2).

Accordingly, the above-titled action is hereby TRANSFERRED to the United States District Court for the Western Division of the Central District of California. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

The Clerk shall transfer this matter and terminate any pending motions.

**IT IS SO ORDERED.**

DATED: 6/19/15

HOWARD R. LLOYD
United States Magistrate Judge

1
2
3
4              UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6
7  ROBERT A. CORONA,                    Case No. 15-cv-02520-HRL
        Plaintiff,
8
9       v.                              **CERTIFICATE OF SERVICE**

10 ON HABEAS CORPUS,
        Defendant.
11
12
           I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
13 District Court, Northern District of California.
14
           That on June 19, 2015, I SERVED a true and correct copy(ies) of the attached, by placing
15 said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
16 receptacle located in the Clerk's office.
17
18      Robert A. Corona ID: AN-3524
        Sierra Conservation Center Housing: C-1/147
19      5150 O'Byrnes Ferry Road
        Jamestown, CA 95327
20
21
   Dated: June 19, 2015
22
23
                                        Richard W. Wieking
24                                      Clerk, United States District Court
25
26                                      By:_____/s/_____
27                                      Patty Cromwell, Deputy Clerk to the
                                        Honorable HOWARD R. LLOYD
28

United States District Court
Northern District of California